AO 106 (REV 4/10) Affidavit for Search Warrant          AUSA Michael Kelly, (312) 697-4037

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of the Search of:

the United States Mail package bearing tracking number 9505 5066 7001 9106 1018 97, further described in Attachment A

Case Number:

**19M275**

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Thomas Lynch, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

**FILED**
**APR 18 2019**
**MAGISTRATE JUDGE MARY M. ROWLAND**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

_____
Applicant's Signature

THOMAS LYNCH, Postal Inspector,
U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 18, 2019

_____
Judge's signature

City and State: Chicago, Illinois

MARY M. ROWLAND, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT    )
                                                 )
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, Thomas Lynch, being duly sworn, state as follows:

1. I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately September 2017.

2. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

3. This affidavit is made in support of an application for a warrant to search the United States Priority Mail Parcel with Tracking Number 9505 5066 7001 9106 1018 97 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence,

instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

## I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

5. On April 18, 2019, I inspected the **Subject Parcel** at USPS Grand Crossing Carrier Annex at 7715 South Cottage Grove Avenue in Chicago, Illinois. The **Subject Parcel** was mailed on April 16, 2019, from Irvine, California 92623 and is addressed to "Chaz Noble, 1035 East 93rd Street, Chicago, IL 60619." The package was shipped without a return address. The **Subject Parcel** bears $7.90 in postage, measures approximately 8.5" x 5.5" x 1.75", and weighs approximately 7.36 ounces.

6. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

7. First, the package was sent without a return address or sender's name. Based on my training and experience, I know that declining to list a return address or sender's name allows for the owner of the parcel to dissociate themselves from its contents.

8. Additionally, the **Subject Parcel** is taped with clear packing tape on all of the parcel seams. Photos depicting the taped seams of the **Subject Parcel** are reproduced below. Based on my training and experience, parcels can be taped in this manner in an attempt to hide or mask the odor of the parcel's contents.





9. Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

10. On April 18, 2019, I arranged for a United States Customs and Border Protection Canine Officer and his canine partner, "Aja," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Aja is certified annually by United States Customs and Border Protection as a narcotics dog. Aja was most recently re-certified on September 2018. Aja is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, hash, methamphetamine, ecstasy, and other controlled substances that could be contained inside. Aja is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. In addition, according to USPIS records, Aja has successfully alerted to controlled substances in U.S. Mail Parcels and letters on 92 occasions since July 2015, with a success rate of approximately 92%. To the best of my knowledge, U.S. Customs and Border Protection does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

11. On April 18, 2019, at the Postal Service International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 20 other parcels in the

4

workroom area. I then witnessed Aja examine the parcels and observed Aja alert by sitting next to the **Subject Parcel**. Aja did not alert to any of the other parcels. The Canine Officer informed me that Aja's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

5

## II. CONCLUSION

12. Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the **Subject Parcel**, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

_____
Thomas Lynch
Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn
before me this 18th day of April, 2019

_____
Honorable MARY M. ROWLAND
United States Magistrate Judge

6

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The United States Priority Mail package bearing tracking number 9505 5066 7001 9106 1018 97, a recipient address of "Chad Noble, 1035 E. 93rd St., Chicago, IL 60619" and no return address, bearing $7.90 in postage, measuring approximately 8.5 x 5.5 x 1.75 inches, and weighing approximately 7.36 ounces.

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;
2. Packaging for controlled substances;
3. United States currency;
4. Items associated with controlled substances;
5. Items that identify the sender or receiver of the **Subject Parcel**.

AO 93 (Rev. 11/13) Search and Seizure Warrant                              AUSA Michael Kelly, (312) 697-4037

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of the Search of:

the United States Mail package bearing tracking number 9505 5066 7001 9106 1018 97, further described in Attachment A

Case Number: **19 M 275**

## SEARCH AND SEIZURE WARRANT

To: Thomas Lynch and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>May 2, 2019</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>April 18, 2019   2:20 PM</u>         _____
                                                                                                  Judge's signature

City and State: <u>Chicago, Illinois</u>                                MARY M. ROWLAND, U.S. Magistrate Judge
                                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The United States Priority Mail package bearing tracking number 9505 5066 7001 9106 1018 97, a recipient address of "Chad Noble, 1035 E. 93rd St., Chicago, IL 60619" and no return address, bearing $7.90 in postage, measuring approximately 8.5 x 5.5 x 1.75 inches, and weighing approximately 7.36 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency;

4. Items associated with controlled substances;

5. Items that identify the sender or receiver of the **Subject Parcel**.